**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| DARISSA MONROE, | ) |
| | ) |
| Plaintiff, | ) |
| | )    Case No. 1:18-cv-02503 |
| v. | ) |
| | )    Judge: Paula Xinis |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Plaintiff Darissa Monroe and Defendant Experian Information Solutions, Inc. (the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree that Experian shall have an extension until September 18, 2018, to file its responsive pleading to Plaintiff's Complaint.

Dated:  August 16, 2018                    Respectfully Submitted:


*/s/ Ingmar Goldson*                       */s/ Daniel D. DeVougas*
Ingmar Goldson                             Daniel D. DeVougas (Md. Bar No. 19127)
The Goldson Law Office                     JONES DAY
1734 Elton Rd., Suite 210                  51 Louisiana Avenue, NW
Silver Spring, MD 20903                    Washington, DC 20001
igoldson@goldsonlawoffice.com              Telephone: (202) 879-3783
                                           Facsimile: (202) 626-1700
*Counsel for Plaintiff*                    Email: ddevougas@jonesday.com

*(signed by Daniel DeVougas with written*  *Counsel for Defendant*
*permission of Ingmar Goldson)*            *Experian Information Solutions, Inc.*




APPROVED AND ORDERED BY THE COURT:


_____ on the ___ of August, 2018
Hon. Paula Xinis
United States District Judge

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed on this 16th day of August 2018 with the Court via the CM/ECF system, causing it to be served on all CM/ECF users. I hereby also certify that on this 16th day of August 2018, a true and correct copy of the foregoing was also served via email to the following:

Ingmar Goldson
The Goldson Law Office
1734 Elton Rd., Suite 210
Silver Spring, MD 20903
igoldson@goldsonlawoffice.com
*Counsel for Plaintiff*

Respectfully submitted,

*/s/ Daniel D. DeVougas*
Daniel D. DeVougas (Md. Bar No. 19127)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001
Telephone:: (202) 879-3783
Facsimile: (202) 626-1700
Email: ddevougas@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*